ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| General Atomics Aeronautical Systems, Inc. | ) ASBCA No. 61785 |
| | ) |
| Under Contract No. FA8620-10-G-3038 | ) |

APPEARANCE FOR THE APPELLANT:     Dhananjay S. Manthripragada, Esq.
                                    Gibson, Dunn & Crutcher LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                    Air Force Deputy Chief Trial Attorney
                                    Lawrence M. Anderson, Esq.
                                    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 5, 2025

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61785, Appeal of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated: March 6, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals